ROBERT WILLETS et al., Executors, etc., Respondents, *v.* SARAH A. WILLETS et al., Appellants.

(Argued June 22, 1886; decided October 26, 1886.)

*George H. Forster*, for appellants.

*Wilson M. Powell* and *William M. Hoes*, for respondents.

Agree to reverse judgment of General Term, and to affirm judgment of Special Term on opinion of ANDREWS, J., in court below.

All concur, except RAPALLO, J., dissenting, and MILLER, J., not voting.

Judgment accordingly.